UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

            Plaintiff,

v.

COLGATE UNIVERSITY and COLGATE UNIVERSITY BOARD OF TRUSTEES,

            Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 5:17-cv-01298 (FJS/ATB)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the Colgate University Board of Trustees be, and hereby is, dismissed from the action, without prejudice and without costs or fees to either party as against the other.  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated:      January 9, 2018

**NESENOFF & MILTENBERG, LLP**

By: s/ Andrew Miltenberg
    Andrew Miltenberg, Esq.
    Tara J. Davis, Esq.
    Stuart Bernstein, Esq.
*Attorneys for Plaintiff, John Doe*
363 Seventh Avenue – 5th Floor
New York, New York  10001
Telephone: 212-736-4500
Email: amiltenberg@nmllplaw.com

**BOND, SCHOENECK & KING, PLLC**

By: s/ Laura H. Harshbarger
    Laura H. Harshbarger, Esq.
    Kristen E. Smith, Esq.
*Attorneys for Defendants, Colgate University and Colgate University Board of Trustees*
One Lincoln Center
Syracuse, New York 13202
Telephone: 315-218-8314
Email: lharshbarger@bsk.com

3082911.1

**IT IS SO ORDERED:**  Dated: **January 10, 2018**

_____
Hon. Frederick J. Scullin, Jr.
**Senior** U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, the foregoing Stipulation of Dismissal Without Prejudice was electronically filed with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

> Andrew T. Miltenberg, Esq.
> Nesenoff & Miltenberg, LLP
> *Attorneys for Plaintiff*
> 363 Seventh Avenue – 5th Floor
> New York, NY 10001
> amiltenberg@nmllplaw.com
>
> Stuart Bernstein, Esq.
> Nesenoff & Miltenberg, LLP
> *Attorneys for Plaintiff*
> 363 Seventh Avenue – 5th Floor
> New York, NY 10001
> sbernstein@nmllplaw.com
>
> Tara J. Davis, Esq.
> Nesenoff & Miltenberg, LLP
> *Attorneys for Plaintiff*
> 363 Seventh Avenue – 5th Floor
> New York, NY 10001
> tdavis@nmllplaw.com

                                          s/ Laura H. Harshbarger
                                            Laura H. Harshbarger