

| | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| --- | --- | --- | --- |
| | Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| ATTORNEYS AT LAW | ——————————— | Tara J. Davis | Megan S. Goddard |
| nmllplaw.com | Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | | Kara L. Gorycki | *Counsel* |
| | | Cindy A. Singh | Jeffrey S. Berkowitz |
| | | Nicholas E. Lewis | *Counsel* |
| | | Adrienne D. Levy | Marybeth Sydor |
| | | | *Title IX Consultant* |

May 31, 2019

**VIA ELECTRONIC FILING**
Honorable Andrew T. Baxter
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, New York 13261-7396

      Re:    **John Doe v. Colgate University,** *et al.*
              **Civil Action No.: 5:17-cv-01298-FJS/ATB**

Dear Magistrate Judge Baxter:

      The undersigned is counsel to plaintiff John Doe ("Plaintiff") in the above referenced matter. We write to respectfully request an extension of the current substantive motion deadline.

      We have consulted with Laura Harshbarger of Bond Schoeneck and King, PLLC who does not object to the proposed deadline extension as set forth below:

Dispositive Motion deadline extended from July 8, 2019 to July 29, 2019.

      Plaintiff's counsel makes this request due to having two trials scheduled to commence in mid-July, one in State Court in New York and one in Federal Court in Colorado.

Thank you for your consideration.

                                      **NESENOFF & MILTENBERG, LLP**

                                      By: */s/ Andrew T. Miltenberg*
                                          **Andrew T. Miltenberg, Esq.**
                                          **Tara J. Davis, Esq.**
                                          **Nicholas Lewis, Esq.**

cc:    Laura H. Harshbarger, Esq.  (*via email*)
        Bond Schoeneck & King, PLLC
        One Lincoln Center
        Syracuse, New York 13202-1355